

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2019

No. 04-19-00789-CV

**IN THE INTEREST OF C.D.M., AND C.M.M., CHILDREN**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-13803
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

By order dated December 20, 2019, appellant was ordered to file a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). On December 23, 2019, appellant's attorney filed a response presenting such an explanation. It is therefore ORDERED that this appeal is retained on the docket of the court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2019.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court